1
2
3
4
5
6
7
# UNITED STATES DISTRICT COURT

8
## SOUTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,

Case No. 18-cr-4571-LAB

11 |       Plaintiff,

12 | **ORDER GRANTING MOTION AND DISMISSING INFORMATION**
[Doc. 23]

13 |   v.

14 | JUAN CARLOS
     GRANADOS-MURILLO,

15

16 |       Defendant.

17
18
19      Upon motion of the parties, the Court **GRANTS** the motion, and **DISMISSES**
20 the Information without prejudice.
21      **IT IS SO ORDERED.**
22
23      DATED: February 14, 2019

24 HON. LARRY ALAN BURNS
Chief United States District Judge
25
26
27
28